UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| MARCY JO PICKLER [15] | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 765) to which the Government does not oppose.

The motion is GRANTED and the hearing scheduled for November 25, 2014, is hereby rescheduled for Friday, February 27, 2015, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE