PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Marcy Jo Pickler</u>  Case Number: <u>3:13-00097-15</u>

Name of Sentencing Judicial Officer: <u>Honorable Kevin H. Sharp, Chief United States District Judge</u>

Date of Original Sentence: <u>June 8, 2015</u>

Original Offense: <u>21 U.S.C. §§ 841 (b)(1) (C) and 846 Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone, Hydromorphone, Oxymorphone, Schedule II Controlled Substances, and Buprenorphine, a Schedule II Controlled Substance</u>

Original Sentence: <u>Time served and 4 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>June 8, 2015</u>

Assistant U.S. Attorney: <u>Brent Adams Hannafan</u>  Defense Attorney: <u>David I. Komisar</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 7th day of Sept, 2015, and made a part of the records in the above case.

Kevin H. Sharp
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Willie Bova
U.S. Probation Officer

Place   Cookeville, TN

Date    September 8, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

**1.** **The defendant shall be on home detention with electronic monitoring for 12 months of supervision. During this period, the defendant is restricted to her residence at all times except for medical or treatment needs, religious serves, parental responsibilities related to her minor children, and court appearances, as pre-approved by the U.S. Probation Office. The defendant shall pay the cost of electronic monitoring at the prevailing rate according to ability as determined by the U.S. Probation Office.**

On June 25, 2015, an "unauthorized leave" alert occurred at approximately 6:59 p.m. and an "unauthorized enter" alert occurred at approximately 7:07 p.m. The probation officer called Ms. Pickler at approximately 7:08 p.m., to question her regarding the alerts. She reported going out to her grandmother's car, and didn't realize she was outside the restricted range. The probation officer instructed her to remain inside, and reminded Ms. Pickler that she is on home confinement.

On August 23, 2015, another "unauthorized leave" alert occurred at approximately 10:48 p.m. and an "unauthorized enter" alert occurred at approximately 10:59 p.m. The probation officer called Ms. Pickler at approximately 11:03 p.m., to question her regarding the alerts. She reported she was standing in her front yard talking with her step-mother. The probation officer verbally reprimanded Ms. Pickler and instructed her to remain in her residence.

On September 2, 2015, a third "unauthorized leave" alert occurred at approximately 4:17 p.m. and an "unauthorized enter" alert occurred at approximately 4:25 p.m. The probation officer called Ms. Pickler at approximately 4:26 p.m., to question her regarding the alerts. She reported she had not left her residence, but was standing on her back porch.

**Compliance with Supervision Conditions and Prior Interventions:**
Ms. Marcy Jo Pickler is unemployed and lives with her grandmother and children in Lebanon, Tennessee. She began her four-year term of supervised release on June 8, 2015, and is due to terminate supervision on June 7, 2019.

The probation officer has been flexible with Ms. Pickler's schedule to allow her to search for employment and care for her minor children. As of this date, Ms. Pickler has been unsuccessful in obtaining employment. She has advised the probation officer that she has submitted multiple employment applications, but has not been offered any positions.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting no additional action be taken by the Court at this time. It is recommended that Ms. Picker remain on supervised release, follow all home confinement conditions, and not incur any future violations. The United States Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer